1
2
3
4
5
6
7
8
9   JOHN LAPAGLIA

10
                    Plaintiff,
11          v.

12  VALVE CORPORATION

13                  Defendant.

14

**'25CV0833 RBM DDL**

**AFFIDAVIT OF DAVID JAFFE**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AFFIDAVIT OF DAVID JAFFE**

I, David Jaffe, declare as follows:

1. The following statements are true and correct based upon my personal knowledge.

2. I am a law clerk for Bucher Law PLLC, which represented Plaintiff in an arbitration before Arbitrator Michael Saydah against Valve Corporation ("Valve").

3. On April 5, 2025 I asked ChatGPT whether it thinks a paragraph from a publicly available version of Arbitrator Saydah's universal opinion was written by a human or by Artificial Intelligence.

4. On April 6, 2025 I took a screenshot of my queries and ChatGPT's responses. The screenshot follows.

Dated: April 8, 2025

By: *David Jaffe*

David Jaffe
Law Clerk at Bucher Law PLLC

1  **AFFIDAVIT OF DAVID JAFFE**

> If you had to guess whether the following passage was written by human or AI, which would you say, and why?
>
> In the past, success in the gaming industry was straightforward: develop a game, generate buzz with marketing, and sell as many copies as possible. If it does well, you make a sequel and do it all again. The factual evidence here is Valve innovates with newfeatures, a secure website where personal information is not sold or compromised, and new characters for the games on its platforms. Other platforms such as Roblox innovate in other ways with more mature content like horror elements paying off. Innovation is required with the different generations of users (baby-boomers, Gen X, Millennials, Gen Z, Gen Alpha) all demanding different genres of games to their liking (puzzles, action, adventure, strategy). Valve pushes the limits of technology and innovation to capture sales. Valve must do this to remain competitive. Valve supplying a better product and service through innovation to its customers is the reason they are so successful. The innovation window of personalized viewership and engagement is a gold-mine for gamers and advertisers.

I would guess this passage was written by **AI**, for several reasons:

1. **Awkward phrasing and transitions:**
   The sentence beginning with "The factual evidence here is Valve innovates with newfeatures..." is unnatural. "The factual evidence here" is an awkward introduction and the sudden shift to a discussion about Valve seems disconnected.

2. **Repetition and redundancy:**
   Phrases like "innovation" and "innovates" appear repeatedly within a short space, indicating limited vocabulary diversity, which is characteristic of AI-generated text.

3. **Lack of coherence and logical flow:**
   The passage moves abruptly from discussing traditional game marketing to Valve's secure website, then quickly to Roblox's mature content, followed by a generalized assertion about generational demands. This jumpy structure is common in AI-generated text attempting to combine multiple ideas without a clear, cohesive narrative.

4. **Overgeneralization and vague claims:**
   Statements like "Valve pushes the limits of technology and innovation to capture sales," and "personalized viewership and engagement is a gold-mine for gamers and advertisers," sound generic and lack supporting detail.

5. **Minor errors and unnatural word combinations:**
   Phrases such as "newfeatures" (typo/missing space) and awkward constructs like "innovation window of personalized viewership" strongly suggest AI-generated language.

Overall, these issues collectively suggest that the passage was generated by AI rather than written by a human.

> Does your answer change if we change "newfeatures" to "new features" due to a text entry error on my part?

Even after correcting the typo ("newfeatures" to "new features"), my answer remains unchanged—I would still guess that the passage was written by **AI**.

While fixing the typo slightly improves readability, it doesn't address the deeper structural issues:

- **Awkward Transitions:** The abrupt jump between points (Valve's innovations, Roblox's mature content, generational gaming preferences) is still present.
- **Repetitive and Vague Language:** The repeated use of the word "innovation," broad generalizations, and lack of concrete supporting details continue to stand out.
- **Generic Statements:** The overall tone remains formulaic and impersonal, which is characteristic of AI-generated text attempting to broadly discuss a topic.

In short, correcting the minor typo alone does not change the key reasons that suggest AI authorship.

2                                    **AFFIDAVIT OF DAVID JAFFE**