**MORROW NI LLP**
Xinlin Li Morrow (Cal. Bar No. 281707)
3333 Michelson Drive Suite 300
Irvine, CA 92612
Email: xinlin@moni.law
Phone: +1 (213) 282-8166

*Attorney for Petitioner*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LAPAGLIA, an individual, | Case No. 3:25-cv-00833-RBM-DDL |
| Petitioner, | **MOTION TO FILE DOCUMENTS UNDER SEAL** |
| vs. | |
| VALVE CORPORATION, a corporation. | |
| Respondent. | |

MOTION

Petitioner moves to file under seal documents that Respondent Valve argues are subject to a protective order, signed by the arbitrator in the underlying arbitration, designating them as "Highly Confidential – Attorneys' Eyes Only." Petitioner takes no position on whether this designation is correct at this time, but to ensure the protective order is maintained to the extent it is enforceable, he hereby requests permission to file under seal.

Some of the content contained in Petitioner's un-sealed filing has been made public through Valve's filings against other claimants. But there is still some content that Valve may argue remains subject to the protective order. Accordingly, Petitioner's un-sealed filing contains redactions and placeholders for Exhibits 3, 4, and 5.

In accordance with Local Rule 2.2, Petitioner seeks leave from the court to file under seal an unredacted version of the petition and Exhibits 3, 4, and 5 for such time as would be sufficient for Valve to file a motion indicating it wishes to retain the confidentiality of these documents.

Dated: April 8, 2025

Respectfully submitted,
Morrow Ni LLP


By: /s/ Xinlin Li Morrow
Xinlin Li Morrow
*Attorney for Plaintiff*

- 1 -
MOTION