VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

MICHAEL W. McTIGUE JR. (*Of Counsel*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*Of Counsel*)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York, 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Respondent*
*Valve Corporation*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| JOHN LAPAGLIA, an individual,<br><br>Petitioner,<br><br>v.<br><br>VALVE CORPORATION, a corporation.<br><br>Respondent. | NO.: 3:25-cv-00833-RBM-DDL<br><br>**DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF RESPONDENT'S MOTION TO DISMISS PETITION TO VACATE ARBITRATION AWARD**<br><br>Judge: Hon. Ruth Bermudez Montenegro<br><br>Date: June 2, 2025<br>Time: 9:30 a.m.<br>Courtroom: 5B, 5th Floor |

# DECLARATION OF VIRGINIA F. MILSTEAD

I, Virginia F. Milstead, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Respondent Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in support of Valve's Motion to Dismiss Petition to Vacate Arbitration Award ("Petition").

2. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

3. On October 2, 2023, Petitioner John LaPaglia filed a Demand for Arbitration against Valve with the American Arbitration Association in the matter captioned *Lapaglia v. Valve Corporation dba Steam*, AAA Case No. 1-23-0005-3835.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Petitioner's October 2, 2023 Demand for Arbitration.

5. On February 24, 2025, Valve filed a petition to confirm the Final Amended Award issued by Arbitrator Saydah in the Superior Court of the State of Washington pursuant to RCW 7.04A.220 and RCW 7.04A.250 ("Petition to Confirm"). Petitioner has avoided service of the Petition to Confirm, and it is currently pending.

6. Valve has filed similar petitions to confirm substantially similar awards Arbitrator Saydah entered in favor of Valve against other Steam users. Sixteen of these awards have been confirmed.

7. As of November 1, 2024, Petitioner became bound by the current Steam Subscriber Agreement ("SSA"). Attached hereto as **Exhibit 2** is a true and correct copy of the current SSA.

8. On April 1, 2025, Petitioner's counsel, William Bucher, was sanctioned by Arbitrator Ruth Astle Samas for submitting a letter brief containing numerous inaccurate and non-existent citations on core issues that had been fabricated through the use of AI.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this day, April 29, 2025, in Los Angeles, California.

By: */s/ Virginia Milstead*
 Virginia F. Milstead