VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

MICHAEL W. McTIGUE JR. (*Of Counsel*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*Of Counsel*)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York, 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Respondent*
*Valve Corporation*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| JOHN LAPAGLIA, an individual,<br><br>            Petitioner,<br><br>   v.<br><br>VALVE CORPORATION, a corporation.<br><br>            Respondent. | NO.: 3:25-cv-00833-RBM-DDL<br><br>**RESPONDENT'S NOTICE OF MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br><u>Under Separate Cover</u>:<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;<br><br>DECLARATION OF VIRGINIA F. MILSTEAD;<br><br>DECLARATION OF CHRISTOPHER SCHENCK; AND<br><br>[PROPOSED] ORDER.<br><br>Judge: Hon. Ruth Bermudez Montenegro<br><br>Date: June 23, 2025<br>Time: 9:30 a.m.<br>Courtroom: 5B, 5th Floor<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 23, 2025, at 9:30 a.m. at the United States Courthouse located at 221 West Broadway, San Diego, CA 92101, Respondent Valve Corporation will, and hereby does, move the Court for an order sealing limited portions of Exhibit 1 to Petitioner John LaPaglia's Petition to Vacate Arbitration Award, as reflected in Exhibit A to the Declaration of Virginia F. Milstead attached hereto.

This motion is made pursuant to United States District Court, Southern District of California Local Rule 79.2, Section 2(j) of the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, and this Court's Civil Chamber Rule section IV. This motion is based on the attached memorandum of points and authorities, the concurrently filed Declarations of Virginia F. Milstead and Christopher Schenck, all relevant materials subject to judicial notice, the files and records in this case, and any evidence or argument that may be presented at a hearing on this motion.

This motion is made following the conference of counsel that took place on May 19, 2025. Petitioner takes no position on the motion.

DATED: May 23, 2025

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ Virginia F. Milstead_____
Virginia F. Milstead
Attorneys for Respondent
Valve Corporation