VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

MICHAEL W. McTIGUE JR. (*Of Counsel*)
michael.mctigue@skadden.com
MEREDITH C. SLAWE (*Of Counsel*)
meredith.slawe@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York, 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Respondent*
*Valve Corporation*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| JOHN LAPAGLIA, an individual,<br><br>    Petitioner,<br><br> v.<br><br>VALVE CORPORATION, a corporation.<br><br>    Respondent. | NO.: 3:25-cv-00833-RBM-DDL<br><br>**DECLARATION OF VIRGINIA F. MILSTEAD IN SUPPORT OF RESPONDENT'S MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. Ruth Bermudez Montenegro<br><br>Date: June 23, 2025<br>Time: 9:30 a.m.<br>Courtroom:  5B, 5th Floor |

# DECLARATION OF VIRGINIA F. MILSTEAD

I, Virginia F. Milstead, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am a partner in the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Respondent Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in support of Valve's Motion to File Documents Under Seal ("Motion to Seal").

2. The information contained in this declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify competently thereto.

3. On January 7, 2025, American Arbitration Association Arbitrator Michael F. Saydah entered separate awards in favor of Valve in 23 separate arbitrations, including an arbitration brought on behalf of Petitioner John LaPaglia (the "Awards").

4. On February 24, 2025, Valve filed 23 separate petitions to confirm the substantively identical awards in Washington state court pursuant to RCW 7.04A.220 and RCW 7.04A.250 (the "Petitions To Confirm"). Valve also filed motions to file under seal certain redacted portions of the Awards and a motion to consolidate the 23 separately-filed Petitions To Confirm.

5. By March 3, 2025, Valve had served 16 of the 23 Respondents in the Petitions To Confirm with process, not including Respondent.

6. On March 10, 2025, counsel for Petitioner filed a Motion for Extension requesting from the court an extension to the deadline to respond to Valve's motion to consolidate. Neither Petitioner's counsel nor any other counsel appeared on behalf of any of the 16 Respondents that had been served to oppose the consolidated Petitions To Confirm.

7. On March 14, 2025, the Washington state court granted the motion to consolidate as to the 16 respondents that were served and struck Petitioner's counsel's motion.

8. On March 31, 2025, the Washington state court entered an order confirming the Awards and final judgment and granted the motion to seal in each of those 16 cases.

9. On April 3, 2025, Petitioner's counsel contacted Valve to state: "We are reaching out regarding the proposed redacted arbitration award submitted by Valve Corporation. Without waiving jurisdiction or formally appearing in this matter, we've been asked by Mr. Lapaglia to obtain a copy of your proposed redacted copy." Petitioner's counsel declined to accept service of the Petition To Confirm on behalf of Petitioner.

10. Valve has now served Petitioner and five additional Respondents in the Petition To Confirm actions. On May 2, 2025, Valve filed a motion to consolidate the petitions as to the six additional Respondents with the 16 petitions that were previously consolidated and re-note the petitions for a hearing.

11. Attached hereto as **Exhibit A** is a true and correct redacted copy of Exhibit 1 to Petitioner John LaPaglia's Petition to Vacate Arbitration Award, which is a true and correct copy of the January 7, 2025 final award of arbitrator Michael F. Saydah.

12. Attached hereto as **Exhibit B** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Anderson*, No. 25-2-06166-3 SEA (Wash. Super. Ct. Mar. 31, 2025).

13. Attached hereto as **Exhibit C** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Banks*, No. 25-2-06182-5 SEA (Wash. Super. Ct. Mar. 31, 2025).

14. Attached hereto as **Exhibit D** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Clark*, No. 25-2-06230-9 SEA (Wash. Super. Ct. Mar. 31, 2025).

15. Attached hereto as **Exhibit E** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Duan*, No. 25-2-06245-7 SEA (Wash. Super. Ct. Mar. 31, 2025).

1  16. Attached hereto as **Exhibit F** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Gonzalez*, No. 25-2-06159-1 SEA (Wash. Super. Ct. Mar. 31, 2025).

17. Attached hereto as **Exhibit G** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Knooihuizen*, No. 25-2-06180-9 SEA (Wash. Super. Ct. Mar. 31, 2025).

18. Attached hereto as **Exhibit H** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Loomis*, No. 25-2-06194-9 SEA (Wash. Super. Ct. Mar. 31, 2025).

19. Attached hereto as **Exhibit I** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. O'Brien*, No. 25-2-06211-2 SEA (Wash. Super. Ct. Mar. 31, 2025).

20. Attached hereto as **Exhibit J** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Otey*, No. 25-2-06203-1 SEA (Wash. Super. Ct. Mar. 31, 2025).

21. Attached hereto as **Exhibit K** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Pedrick*, No. 25-2-06213-9 SEA (Wash. Super. Ct. Mar. 31, 2025).

22. Attached hereto as **Exhibit L** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Rosales*, No. 25-2-06236-8 SEA (Wash. Super. Ct. Mar. 31, 2025).

23. Attached hereto as **Exhibit M** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Schultz*, No. 25-2-06242-2 SEA (Wash. Super. Ct. Mar. 31, 2025).

24. Attached hereto as **Exhibit N** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Toft*, No. 25-2-06170-1 SEA (Wash. Super. Ct. Mar. 31, 2025).

25.     Attached hereto as **Exhibit O** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Trodden*, No. 25-2-06196-5 SEA (Wash. Super. Ct. Mar. 31, 2025).

26.     Attached hereto as **Exhibit P** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Wilkerson*, No. 25-2-06219-8 SEA (Wash. Super. Ct. Mar. 31, 2025).

27.     Attached hereto as **Exhibit Q** is a true and correct copy of the order granting Valve's motion to seal in the case captioned *Valve Corp. v. Womack*, No. 25-2-06234-1 SEA (Wash. Super. Ct. Mar. 31, 2025).

28.     Attached hereto as **Exhibit R** is a true and correct copy of the order granting Valve's motion to consolidate as to the 16 respondents that were served in the action captioned *Valve Corporation v. Alfredo Gonzalez*, Case No. 25-2-06159-1-SEA.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this day, May 23, 2025, in Los Angeles, California.

By: ___*/s/ Virginia F. Milstead*___
Virginia F. Milstead